Below is an Order of the Court.

*Trish M. Brown*
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 308-33231-tmb13 |
| JERENA R DONOVAN | ) |
| | ) ORDER ON TRUSTEE |
| | ) MOTION TO DISMISS |
| | ) |
| Debtor | ) |

The Motion to Dismiss filed by Wayne Godare, Chapter 13 Trustee ("Trustee"), filed with the court on or about April 1, 2013, came on for hearing before this court on April 29, 2013. Trustee appeared through Jack Fisher, his attorney. Debtor appeared through Tami F. Bishop, of her attorneys. The Court heard argument on the issues and being fully advised, now, therefore,

IT IS ORDERED that debtor must complete the Chapter 13 plan and payoff the case by June 28, 2013. If debtor fails to complete the plan and payoff the case by June 28, 2013, the Court shall dismiss this case upon the filing by Trustee of a *Statement of Failure to*

1 ORDER ON TRUSTEE MOTION TO DISMISS

*Comply,* which recites that the debtor failed to complete the plan and payoff the case by the required deadline.

###

I certify that I have complied with the requirements of LBR 9021(a)(2)(A).

Presented by:

/s/ Melvin Jack Fisher, Jr.
Attorney for Wayne Godare

cc:   Debtor
      Debtor's attorney

2  ORDER ON TRUSTEE MOTION TO DISMISS